| Attorney or Party without Attorney:<br>Philip L Fraietta, Esq.<br>BURSOR & FISHER, P.A.<br>1330 Avenue of the Americas 32nd Floor<br>New York, NY 10019<br>  Telephone No: 646-837-7150<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>3877 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York |
|---|

| Plaintiff: ELLIOTT WERNER, et al. |
|---|
| Defendant: EQUITY RESIDENTIAL, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:25-cv-06130-VSB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3. a. Party served:     Equity Residential
   b. Person served:   Jennifer Hodges, Office Manager, authorized to accept , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   2 N Riverside Plz, Chicago, IL 60606

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jul 29 2025 (2) at: 11:25 AM

6. **Person Who Served Papers:**
   a. Kyle Clutter
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/04/2025                                        Kyle Clutter
(Date)                                            (Signature)



PROOF OF SERVICE

13817195
(19021016)