**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ELLIOTT WERNER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>EQUITY RESIDENTIAL, ERP OPERATING LIMITED PARTNERSHIP, and EQUITY RESIDENTIAL MANAGEMENT LLC,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-06130-VSB-SLC |

### DECLARATION OF KEARA M. GORDON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

I, KEARA M. GORDON, declare pursuant to 28 U.S.C. § 1746:

1.　　　I am a member of the bar of the State of New York and am admitted to the bar of this Court.  I am a partner with the law firm of DLA Piper LLP (US), attorneys for defendants Equity Residential ("EQR"), ERP Operating Limited Partnership ("ERP"), and Equity Residential Management LLC ("ERM").

2.　　　This declaration, together with the attached exhibit, is being submitted in support of the defendants' Motion to Dismiss the Complaint.

3.　　　On October 1, 2025, my office, on behalf of ERM, mailed two checks to counsel for plaintiff Elliott Werner: check number 01799693, which is a replacement check for $393.13, representing the balance of Mr. Werner's security deposit, and check number 0179964, which is a replacement check for $816.24, representing the concession Mr. Werner received because his unit was impacted by a water intrusion.  A true and correct copy of the October 1, 2025 cover letter and a copy of the accompanying checks, with financial account numbers and personal identifying numbers redacted, are attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.


DATED: October 3, 2025
New York, New York                    */s/ Keara M. Gordon*
                                        Keara M. Gordon