# EXHIBIT 1



DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@us.dlapiper.com
T   212.335.4632
F   212.884.8632

October 1, 2025

*Via UPS*

Philip Fraietta
Bursor & Fisher, P.A.
50 Main Street, Suite 475
White Plains, NY 10606
pfraietta@bursor.com

Re:   *Werner v. Equity Residential, et al.*, Case No. 1:25-cv-06130-VSB-SLC
      Security Deposit and Collection Settlement Checks

Dear Counsel:

As you know, we represent Equity Residential ("EQR"), ERP Operating Limited Partnership ("ERP"), and Equity Residential Management LLC ("ERM") in the above-referenced action.

In his Complaint, plaintiff Elliott Werner alleges that he has not received the $393.13 balance of his security deposit or a $816.24 "Collection Settlement" he was promised after his unit suffered flood damage.  *See* Compl. ¶¶ 49, 55-56.  We reviewed the applicable records and determined that ERM did, in fact, mail a check to the plaintiff for the balance of his security deposit on March 5, 2025, and it mailed a check to the plaintiff for the $816.24 "Collection Settlement" on March 19, 2025.  Both checks were mailed to the forwarding address the plaintiff provided when he submitted his notice to vacate, which was his address at the Parc Cameron (41 West 86th Street, #3G, New York, New York 10024).

Our records further show that those checks have not yet been cashed, and based on the allegations in the Complaint, we assume that the plaintiff did not receive the checks that ERM mailed to him.  As a result, ERM has canceled the prior checks and we enclose replacement checks for both amounts (Check Nos. 01799693 and 01799694, each dated September 25, 2025).

Sincerely,

*[signature: Keara M. Gordon]*

Keara M. Gordon

| Check No: 01799693 | Vendor ID: HOUSEAI | Name: ELLIOTT WERNER | | |
|---|---|---|---|---|
| Payor Name (S) | Invoice | | Date | Amount Paid |
| PARC CAMERON | 19180_0000000000000000001<br>Res ID: ▓▓▓▓▓   Property Phone: (212) 873-1000 | | 3/1/2025 | 393.13 |

| | Check Amount: | $393.13 |
|---|---|---|

Retain this statement for your records                               EQUITY RESIDENTIAL

---

**Equity Residential**
801 BROAD STREET
SUITE 1000
AUGUSTA, GA 30901

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

U.S. BANK
MIAMISBURG, OH

56-503 / 422

No. 01799693

PAY THIS AMOUNT          DATE: 9/25/2025          AMOUNT: $393.13

———— Three Hundred Ninety Three AND 13/100 Dollars ————

VOID IF NOT CASHED WITHIN 90 DAYS WITHIN DATE OF ISSUE

PAY TO THE ORDER OF
**ELLIOTT WERNER**
41 WEST 86TH STREET #3G
NEW YORK, NY 10024


AUTHORIZED SIGNATURE

⑈▓▓▓▓9693⑈ ⑆▓▓▓▓5038⑆ ▓▓▓▓5377⑈

Check No: 01799694   Vendor ID: HSE05EAI   Name: ELLIOTT WERNER

| Payor Name (S) | Invoice | Date | Amount Paid |
|---|---|---|---|
| PARC CAMERON | 19180_0000000000000000002 | 3/14/2025 | 816.24 |
| | | **Check Amount:** | **$816.24** |

Retain this statement for your records

EQUITY RESIDENTIAL

---

**Equity Residential**

801 BROAD STREET
SUITE 1000
AUGUSTA, GA 30901

U.S. BANK
MIAMISBURG, OH

56-503
422

No. 01799694

*PAY THIS AMOUNT*

DATE: 9/25/2025     AMOUNT: $816.24

──── Eight Hundred Sixteen AND 24/100 Dollars ────

VOID IF NOT CASHED WITHIN 90 DAYS WITHIN DATE OF ISSUE

PAY TO THE ORDER OF

ELLIOTT WERNER
41 WEST 86TH STREET #3G
NEW YORK, NY 10024



AUTHORIZED SIGNATURE