# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ELLIOTT WERNER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>EQUITY RESIDENTIAL, ERP OPERATING LIMITED PARTNERSHIP, and EQUITY RESIDENTIAL MANAGEMENT LLC,<br><br>     Defendants. | Case No. 1:25-cv-06130-VSB-SLC |

## <u>DECLARATION OF PAMELA WARD</u>

PAMELA WARD declares pursuant to 28 U.S.C. § 1746:

1.  I am over the age of twenty-one and competent to make this declaration.

2.  I am the Assistant Vice President, Assistant Controller for Equity Residential. I have held this position since August 2018. In this role, I am familiar with the processes occurring after a tenant vacates an apartment in a building managed by Equity Residential Management LLC ("ERM"), including buildings in New York. As part of my duties, I am involved in the processes related to the issuing of checks returning security deposits and other refund-related checks for tenants.

3.  The facts set forth below are based on my personal knowledge and/or my familiarity with and access to records maintained in the regular course of business. If called as a witness, I could and would competently testify to the matters set forth in this declaration. The following facts are within my personal knowledge and are true and correct.

4.  We use an automated system to transmit amounts for security deposit returns and other refund-related amounts for residents after a resident vacates an apartment.

5.      Shortly after a tenant vacates, the apartment is inspected, and a Statement of Deposit Accounts ("SODA") is completed and uploaded to the automated system. Security deposit refund checks are generated automatically when a SODA is uploaded into the automated system.

6.      Once generated, paper deposit return checks are then issued the following Tuesday and mailed to tenants the day after that. Automated Clearing House checks are issued the following Wednesday after a SODA is entered into the automated system.

7.      Based on my review of the applicable records, on March 1, 2025, a security deposit refund in the amount of $393.13 was generated for Elliott Werner, who was a resident at the Parc Cameron, located at 41 West 86th Street, #3G, New York, NY 10024.

8.      On March 4, 2025, Check #1768045 for the $383.13 refund was issued and on March 5, 2025, the check was mailed to Mr. Werner at 41 West 86th Street, #3G, New York, NY 10024 because that was the forwarding address in the automated system based on what Mr. Werner entered when he submitted his electronic notice to vacate. Attached as Exhibits 1 and 2 are true and correct copies of screenshots from the automated system showing the "Invoice Detail" and "Check Status" information for Check #1768045.

9.      Based on my review of the applicable records, on March 14, 2025, an additional refund in the amount of $816.24 was generated for Elliott Warner pertaining to a credit in his resident account.

10.     On March 18, 2025, Check #1770187 for the $816.24 refund was issued and on March 19, 2025, that check was also mailed to Mr. Werner at 41 West 86th Street, #3G, New York, NY 10024. Attached as Exhibits 3 and 4 are true and correct copies of screenshots from the automated system showing the "Invoice Detail" and "Check Status" information for Check #1770187.

11.     On September 25, 2025, we put the prior two checks on a stop payment and issued two replacement checks payable to Mr. Werner. *See* Exs. 2, 4.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October  3 , 2025
         Evans, Georgia

_Pamela Ward_

**Pamela** Ward