# **Exhibit 3**

## Invoice Detail

| Field | Value |
|---|---|
| Vendor ID | HO005EAI |
| Alternate Address ID | 2 |
| Secondary Vendor ID | |
| Invoice Number | 19180_000000000000000 |
| Invoice Date | 3/14/2025 |
| Due Date | 3/14/2025 |
| Description | |

**Elliott Werner**
41 West 86th Street #3G
New York, NY 10024

| Field | Value |
|---|---|
| P.O. Number | |
| Expense Period | 03/25 |
| Separate Check? | ☐ |

| Field | Value |
|---|---|
| Invoice Amount | 816.24 |
| Tax Amount | 0.00 |
| Amount Paid | 816.24 |
| Net Due | 0.00 |