# **Exhibit 4**

## Check Status

| | |
|---|---|
| Check Number | 1770187 |
| Bank ID | EDDIST |
| Check Date | 3/18/2025 |
| Check Period | 03/25 |
| Amount | 816.24 |
| Status | Void |
| Date Status Changed | 9/25/2025 |
| Explanation | Per Aimee K. Void/Reissue |

( Close )